# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NELMA F. SINGLETARY**                                                                               **PLAINTIFF**

**V.**                                   **NO. 1:10CV00100 JMM/HDY**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                                                    **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

## DISPOSITION

The defendant moves to dismiss this case due to the plaintiff's failure to exhaust her administrative remedies.

The defendant recites the following history of the case: the plaintiff filed claims for DIB and SSI in November of 2006. An administrative hearing was held and the plaintiff's claims were denied on December 29, 2008. The plaintiff filed a request for review with the Appeal Council. On October 13, 2010, the Appeals Council remanded the case for further evaluation by an ALJ. The complaint in this case was filed on November 23, 2010. The complaint seeks a review of the December 29, 2008, decision rendered by the ALJ.

The defendant urges that the plaintiff must first exhaust her administrative remedies before seeking judicial review of her claims. 42 U.S.C. § 405(g). The defendant also notes that the Social Security Act provides for judicial review only of a "final decision of the

Commissioner of Social Security made after a hearing." *Id.* Here, the defendant notes that the plaintiff has not obtained a final decision since the plaintiff has not pursued the remand of the case by the Appeals Council. The plaintiff has not responded to the motion to dismiss.

We agree that the plaintiff has not received a final decision due to her failure to exhaust her administrative remedies. As a result, we recommend that the motion to dismiss be granted, and the case dismissed without prejudice. *Cf. Calico Trailer Mfg. Co. v. Insurance Co. of North America*, 155 F.3d 976, 978 (8th Cir. 1998).

IT IS SO ORDERED this __27__ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE