# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**NELMA F. SINGLETARY**                                                                 **PLAINTIFF**

**V.**                                    **NO. 1:10CV00100 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this  17   day of  August , 2011.

_____
UNITED STATES DISTRICT JUDGE