IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NELMA F. SINGLETARY**                                                              **PLAINTIFF**

**V.**                                  **NO. 1:10CV00100 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                         **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

IT IS SO ORDERED this   17   day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE